**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

TROY FREEMAN,

        Plaintiff,

vs.                                      CASE NO. 6:07-CV-1978-ORL-19KRS

WIRELESS RETAIL SERVICES, INC.,
JOHN CHIORANDO,

        Defendants.

_____

<u>ORDER</u>

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 31, filed March 25, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 31) is **ADOPTED and AFFIRMED.** The Motion for Entry of Judgment in Accordance with Defendants' Offer of Judgment and Plaintiff's Acceptance of Offer of Judgment (Doc. No. 26, filed November 20, 2008) and the Supplemental Motion for Entry of Judgment (Doc. No. 30, filed March 24, 2009) are **GRANTED.**

The compensation Plaintiff will receive pursuant to Defendants' Offer of Judgment is **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues.

The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff as set forth in the Offer of Judgment and to **CLOSE THIS FILE**.

Counsel for the parties are **DIRECTED** to confer in a good faith effort to resolve the amount of reasonable costs, including attorney's fees, that Plaintiff incurred in this case. In

addition, if the parties are unable to agree on the amount of reasonable costs, including attorney's fees to be paid, the Plaintiff is **PERMITTED** to file a Bill of Costs and Motion for an Award of Attorney's Fees within the time permitted by the Rules of Court.

**DONE AND ORDERED** at Orlando, Florida, this ___23rd___ day of April, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record